[No. 28475-8-II.   Division Two.   August 12, 2003.]

STRAND HUNT CONSTRUCTION, *Appellant*, v. WHITE RIVER SCHOOL DISTRICT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-13946-6, Stephanie A. Arend, J., entered February 1, 2002. *Reversed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28752-8-II.   Division Two.   August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR JESSE DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00417-4, Toni A. Sheldon, J., entered May 9, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Quinn-Brintnall, J.; Bridgewater, J., dissenting.

[No. 28815-0-II.   Division Two.   August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NAIDA DEE BOUCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00017-5, M. Karlynn Haberly, J., entered May 31, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Armstrong, JJ.

[No. 28864-8-II.   Division Two.   August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN E. COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00461-1, James B. Sawyer II, J., entered June 6, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.